# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Alexis Cortes,<br><br>　　　Plaintiff,<br><br>v.<br><br>GC Services, Limited Partnership,<br><br>　　　Defendant. | Case No. 09cv2905<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now come the parties, by and through counsel, and hereby stipulate to the dismissal of the present action, on the merits, and with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii), each party to bear its own costs and attorneys fees.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C.<br>Attorneys for Plaintiff | Hinshaw & Culbertson, LLP<br>Attorneys for Defendant |
| By: s/ Timothy J. Sostrin<br>Timothy J. Sostrin<br>233 S, Wacker Drive, Suite 5150<br>Chicago, IL 60606<br>Telephone: 312-753-7576<br>Fax: 312-822-1064<br>Email: tjs@legalhelpers.com | By: s/ Carlos A.Ortiz<br>Carlos A. Ortiz<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>Telephone: 312-704-3198<br>Fax: 312-704-3001<br>Email: cortiz@hinshawlaw.com |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2010, I filed a copy of the foregoing Stipulation electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Carlos A. Ortiz
HINSHAW & CULBERTSON, LLP
cortiz@hinshawlaw.com

                                                    s/ Timothy J. Sostrin